**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALAN GAGIEV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-169** |
| | : | |
| **MICHAEL ROSE,** *et al.* | : | |

# <u>ORDER</u>

**AND NOW**, this 12th day of February 2026, upon consideration of Alan Gagiev's

petition for writ of *habeas corpus* (DI 1), the government's response in opposition thereto (DI

4), and Mr. Gagiev's reply (DI 6), and in light of the lack of documentation in the record before

us regarding the authority upon which the government has detained Mr. Gagiev, we **ORDER**

the government to file with this court by **February 13, 2026**, the documentation serving as the

basis for Mr. Gagiev's detention.[1]

**MURPHY, J.**

---

[1] Specifically, the government must provide any judicial and/or administrative warrants, or any other documentation, upon which it relies as authority for detaining Mr. Gagiev.