**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALAN GAGIEV | : | |
| | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | Civil Action No. 26-cv-169-JFM |
| | : | |
| MICHAEL ROSE ET AL., | : | |
| | : | |
| *Respondents.* | : | |

### <u>STIPULATION REGARDING TRANSFER OF PETITIONER</u>

Following the Court's February 17, 2026 Order (ECF No. 9) requiring that the government not transfer Petitioner Alan Gagiev out of the Eastern District of Pennsylvania (the "District"), Petitioner and Respondents hereby stipulate and agree as follows:

1.      On January 30, 2026, prior to the Court's February 17, 2026 no-transfer Order, the Government transferred Petitioner out of the District to the Moshannon Valley Processing Center (MVPC), where he is currently detained.

2.      In light of this prior transfer, the parties agree that Petitioner may, subject to this Court's approval, remain at MVPC.

3.      The parties agree that the Government shall not transfer Petitioner out of the Commonwealth of Pennsylvania while the Court considers the Petition.

4.      The Court shall retain jurisdiction over the Petition.

Dated: February 20, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/Adam R. Boyd*
ADAM R. BOYD
Palladino, Isbell & Casazza, LLC
1528 Walnut St., Suite 1701
Philadelphia, PA 19102
(215) 576-9000
adam@piclaw.com

*/s/ Alanna N. Pawlowski*
ALANNA N. PAWLOWSKI
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8651
Alanna.Pawlowski@usdoj.gov

*Counsel for Petitioner*

*Counsel for Respondents*

**SO ORDERED:**

Date: February 20, 2026

JOHN F. MURPHY
Judge, United States District Court